IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRAD WIEDER, LEON WIEDER,<br>Plaintiffs,<br><br>vs.<br><br>MISSOULA LIVESTOCK EXCHANGE, LLC, JOE SEYMOUR, CAMILLE COUGHLIN, JAY COUGHLIN, RICHARD SMITH, VERN GRABOW, VIC RALLS, ANDREW JACKSON, CRAIG BRITTON, AND DOES 1-5,<br><br>Defendants. | CV 16-162-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED, in accordance with the Court's Order issued this date, that this action is dismissed without prejudice.

      Dated this 4th day of May, 2017.

                            TYLER P. GILMAN, CLERK

                            By: /s/ N. Stephens
                            N. Stephens, Deputy Clerk